UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                                          CHAPTER 13
    Gene Allen Walda                                               BANKRUPTCY NO. 10-BK-31254
    PO Box 806
    Pierceton, Indiana  46562

    Nancy Lynne Walda
    PO Box 806
    Pierceton, Indiana  46562
    Debtors

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
* * * * * *

Comes now the creditor, DCFS Trust, (hereinafter "Creditor") by counsel, and hereby objects to the confirmation of the proposed Chapter 13 Plan.  In support of its Objection, Creditor states as follows:

1. **Terms of the Plan.**  Creditor objects to the following terms of the Plan:

    A. The Plan provides for the assumption of the lease between Debtor(s) and Creditor of a 2008 Dodge Avenger.  Creditor has no objection to this assumption, except to state that the correct, current monthly payment for the vehicle is $401.21.  In addition, the Plan does not provide for the curing of arrearages on the lease contract prior to the lease termination date.  The pre-petition arrears due on this account are in the amount of $1,263.81.  Thus, the Plan fails to cure or provide adequate assurances that the trustee will promptly cure these arrearages.  11 U.S.C. §365.

        Respectfully Submitted,

        MAPOTHER & MAPOTHER, P.S.C.

    BY:   /s/ Robert D. McIntosh
           Robert D. McIntosh
           Counsel for Creditor
           MAPOTHER & MAPOTHER, P.S.C.
           815 West Market Street
           Suite 500
           Louisville, KY  40202
           502-587-5400

YBJ (EMH)/10-01609-0

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on _____4-23-2010_____: debtor's attorney, Amber L. Blackford, Attorney At Law, 216 W. Fort Wayne Street, Warsaw, IN  46580, debtor, Gene Allen Walda, PO Box 806, Pierceton, Indiana  46562 and Debtor, Nancy Lynne Walda, PO Box 806, Pierceton, Indiana  46562 and to the Trustee, Debra L. Miller, P.O. Box 11550, South Bend, IN  46634, U.S. Trustee, 100 East Wayne Street, Suite 555, South Bend, IN  46601.

        MAPOTHER & MAPOTHER, P.S.C.


   BY:  /s/  Robert D. McIntosh
          Robert D. McIntosh
          Counsel for Creditor